PER CURIAM.
Affirmed. See Paul v. State, 385 So.2d 1371 (Fla.1980); Williams v. State, 110 So.2d 654 (Fla.), cert. denied, 361 U.S. 847, 80 S.Ct. 102, 4 L.Ed.2d 86 (1959); McCall v. State, 463 So.2d 425 (Fla. 3d DCA 1985); State v. Maisto, 427 So.2d 1120 (Fla. 3d DCA 1983); Postell v. State, 398 So.2d 851 (Fla. 3d DCA), rev. denied, 411 So.2d 384 (Fla.1981); Macklin v. State, 395 So.2d 1219 (Fla. 3d DCA 1981); Cotita v. State, 381 So.2d 1146 (Fla. 1st DCA 1980), rev. denied, 392 So.2d 1373 (Fla.1981); Avis v. State, 221 So.2d 235 (Fla. 1st DCA 1969).